IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERNEST LOUIS HALFORD,

    Plaintiff,

v.

SCOTT WALKER, J. BEAHM,
GARY HAMBLIN, DAN STIEMSMA,
TODD NEHLS, STEVEN BAUER,
BILL POLLARD, JAMES DOYLE and
RICK RAEMISCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-456-wmc

---

    This action came for consideration before the court with District Judge Williams M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Ernest Louis Halford's failure to comply with Fed. R. Civ. P. 8.

_Peter Oppeneer_     10/4/12

Peter Oppeneer, Clerk of Court     Date